JOHN J. CARLE, as Executor of JOHN J. CARLE, JR., Plaintiff, *v.* GEORGE B. STARRETT et al., Defendants.

ROBERT W. CARLE et al., Respondents; GEORGE B. STARRETT, as Executor of GEORGE STARRETT, Deceased, and as Committee of FREDERICK W. STARRETT, Appellant.

*Carle* v. *Starrett*, 97 App. Div. 639, affirmed.
(Argued April 11, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1904, which affirmed an order of Special Term confirming the report of a referee in surplus money proceedings and directing distribution of the fund.

*Jacob R. Shipherd, Delano C. Calvin* and *Charles A. Wendall* for appellant.

*Addison Gardner, James A. Speer, William B. Ewing, Harold Swain, John G. Boston* and *William H. Willits* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.